FILED
CLERK. U.S DISTRICT COURT

SEP - 6 2011

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

1  S. FRANK HARRELL – SBN#133437
   sharrell@lynberg.com
2  MATTHEW HARRISON SBN# 222073
   mharrison@lynberg.com
3  **LYNBERG & WATKINS**
   A Professional Corporation
4  1100 Town & Country Road, Suite 1450
   Orange, California 92868
5  (714) 937-1010 Telephone
   (714) 937-1003 Facsimile
6
   Attorneys for CITY OF HERMOSA BEACH, GREGORY SAVELLI, EVERETT
7  FAULK, NICK GARCIA, LANDON PHILLIPS, and RAUL SALDANA
8
                    **UNITED STATES DISTRICT COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11 | BRIAN SEIDENSTICKER,            | CASE NO. CV10-6574 GAF(FMOx)
12 |                                 |
   |         Plaintiff,              | *Honorable Gary A Fees*
13 |                                 |
14 |    vs.                          | **STIPULATION FOR PROTECTIVE ORDER**
15 |                                 |
   | CITY OF HERMOSA BEACH, CHIEF    | **[DISCOVERY MATTER FOR**
16 | GREGORY SAVELLI, individually   | **DETERMINATION BY**
   | and as a peace officer, EVERETT | **MAGISTRATE JUDGE OLGUIN]**
17 | FAULK, individually and as a peace |
   | officer, NICK GARCIA, individually |
18 | and as a peace officer, LANDON  | **NOTE CHANGES MADE BY THE COURT**
   | PHILLIPS, individually and as a peace |
19 | officer, RAUL SALDANA,          |
   | individually and as a peace officer, |
20 | DOES 1-10, inclusive,           |
21 |                                 |
   |         Defendant.              |
22

23
24
25
26
27
28

**STIPULATION FOR PROTECTIVE ORDER**

**IT IS HEREBY STIPULATED** by and through undersigned counsel that:

1. Any documents which Defendants produce to Plaintiffs either in accordance with a court order or in response to discovery requests and which are part of the City of Hermosa Beach Police Department's policy and procedures, contained within any officers personnel employment file or otherwise, are part of any investigation, internal or otherwise, contain information pertaining to third parties that are not parties to this lawsuit, or documents otherwise drafted in the course of business by the City of Hermosa Beach and its affiliates are to be designated as "confidential material." Such designation shall be made by stamping or otherwise marking the documents prior to production or use in this litigation as follows:

## "CONFIDENTIAL MATERIAL SUBJECT TO PROTECTIVE ORDER"

2. Confidential material shall be used solely in connection with the preparation and trial of the within case, Case No. CV10-6574 GAF(FMOx) or any related appellate proceeding, and not for any other purpose, including any other litigation.

3. Testimony taken at a deposition may be designated as confidential by making a statement to that effect on the record at the deposition. Arrangements shall be made with the court reporter taking and transcribing such deposition to separately bind such portions of the transcript containing information designated as

1
**STIPULATION FOR PROTECTIVE ORDER**

confidential, and to label such portions appropriately.

4. Material designated as confidential under this Order, the information contained therein, and any summaries, copies, abstracts, or other documents derived in whole or in part from material designated as confidential shall be used only for the purpose of the prosecution, defense or settlement of this action, and for no other purpose.

5. Confidential material may not be disclosed, except as provided in paragraphs 6 and 7.

6. Confidential material may be disclosed only to the following persons:

   (a) Counsel for any party and any party to this litigation;

   (b) Paralegal, stenographic, clerical and secretarial personnel regularly employed by counsel referred to in (a).

   (c) Court personnel, including stenographic reporters engaged in such proceedings as are necessarily incidental to preparation for the trial of this action;

   (d) Any outside expert or consultant retained in connection with this action, and not otherwise employed by either party; and

   (e) Any "in-house" expert designated by either party to testify at trial in this matter.

Nothing in paragraph 6 is intended to prevent officials or employees of the City of Hermosa Beach or other authorized governmental officials from having

access to the documents if they would have had access in the normal course of their job duties. Further, nothing in this order prevents a witness from disclosing events or activities personal to him or her, that is, a witness can disclose to others information previously given to the City of Hermosa Beach with respect to what he or she saw, heard or otherwise sensed.

7. Each person to whom disclosure of "Confidential" documents is made, with the exception of counsel and those made in Paragraph 6, who are presumed to know the contents of this protective order, shall, prior to the time of disclosure, be provided by the person furnishing him/her such material a copy of this order, and shall agree on the record or in writing that he/she has read the protective order, and that he/she understands the provisions of the protective order. Such person also must consent to be subject to the jurisdiction of the United States District Court Central District of California and/or Superior Court of the State of California with respect to any proceeding relating to enforcement of this order, including without limitation, any proceeding for contempt. Unless made on the record in this litigation, counsel making the disclosure to any person described above shall retain the original executed copy of said agreement until final termination of this litigation.

8. If Confidential Material, including any portion of a deposition transcript, is included in any papers to be filed with the Court, such papers shall be accompanied by an application which comports with Local Rule 79-5.1 and seeks to (a) file the confidential portions thereof under seal (if such portions are segregable),

or (b) file the papers in their entirety under seal (if the confidential portions are not segregable). The Application shall be directed to the judge to whom the papers are directed. Pending the ruling on the application, the papers or portions thereof subject to the sealing application shall be lodged under seal in accordance with Local Rule 79-5.1.

9. At the conclusion of the trial and of any appeal or upon termination of this litigation, all confidential material received under the provisions of this order (including any copies made and/or any computer materials made or stored) shall be tendered back to the City of Hermosa Beach within 30 days. Provisions of this order in so far as they restrict the disclosure and use of the material shall be in effect until ~~further order of this Court~~ the commencement of trial.

10. The foregoing is without prejudice to the right of any party:

   (a) To apply to the court for a further protective order relating to confidential material or relating to discovery in this litigation;

   (b) To apply to the court for an order removing the confidential material designation from any documents; and

   (c) To apply to the court for an order compelling production of documents or modification of this order or for any order permitting disclosure of confidential material beyond the terms of this order.

11. GOOD CAUSE exists for designating these materials as confidential

in order for the City of Hermosa Beach officials to comply with the principles expressed in Attorney General Opinion Number 99-503, 82 Op. Atty Gen. Cal. 246, as well as to protect the privacy rights of the peace officers in their personnel files and the privacy rights of third parties not subject to this litigation.

IT IS SO STIPULATED.

Dated: ~~August~~ September 1, 2011

**LYNBERG & WATKINS**
A Professional Corporation

By: /s/ *signature*
S. Frank Harrell, Esq.
Matthew Harrison, Esq.
Attorneys for Defendants

Dated: August 31, 2011

**THE BECK LAW FIRM**

By: /s/ *signature*
Thomas E. Beck, Esq.
Attorney for Plaintiff

~~Subscribed and sworn-to before me on this ___ day of _____.~~

~~_____~~
~~Fernando M. Olguin~~
~~U.S. Magistrate Judge~~

IT IS SO ORDERED.

DATED: 9/6/11

/s/ F. M. Olguin
UNITED STATES MAGISTRATE JUDGE