**LINK:**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-06574-GAF (FMOx) | Date | October 20, 2011 |
|---|---|---|---|
| Title | Brian Seidensticker v. City of Hermosa Beach et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** |
|---|---|

| Renee Fisher | None | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**        **(In Chambers)**

**ORDER TO SHOW CAUSE RE:  DISMISSAL**

A Settlement was reached on September 8, 2011.  (Docket #[26])

Magistrate Judge Olguin ORDERED the parties to file the dismissal papers no later than October 10, 2011.    To date, however, no dismissal has been filed with this Court.

The parties are ordered to file a Stipulation and Proposed Order Dismissing the action on or before October 25, 2011 or, in the alternative a Joint Status Report.

Failure to comply with the Court's Order shall be deemed consent to the dismissal of the action.

IT IS SO ORDERED.